UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ISRAEL TIPPITT | CIVIL ACTION NO. 05-1092-A |
|---|---|
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Document No. 13), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the decision of the Commissioner of Social Security is REVERSED AND VACATED, and the case is REMANDED to the Commissioner for further proceedings as outlined in the Report and Recommendation.

SIGNED on this 7th day of September, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge